## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Cohen
Courtroom Clerk: MS
Case: USA v. Rosario et al
AUSA: Kevin McGrath
PTSO/PO: George Moriarty

Date: 3/31/04    Time In Court: 30
Tape Number: ___
Case Number: 04-mj-1069
Defense Counsel: Page Kelly / Michael Natola
Interpreter: Sylvia Zetterstrand    Language: Spanish

### TYPE OF HEARING

**Initial Appearance** ☒
- Arrested: Date: 3/31/04 ☒
- Charging District: 1
- ☐ on warrant    ☒ on probable cause
- ☒ Defendant Sworn
- ☒ Advised of Charges
- ☒ Advised of Rights
- ☒ Requests Appointment of Counsel
- ☐ Will Retain Counsel
- ☐ Court Orders Counsel be Appointed
- ☒ Government Requests Detention & Continuance

**Arraignment** ☐
- ☐ Defendant Waived Reading of Indictment
- ☐ Defendant Pleads Not Guilty to Counts ___

**Removal Hearing/Rule 40** ☐
- ☐ Defendant Waives Identity Hearing
- ☐ Defendant Ordered Removed to Charging District. Order to Issue.
- ☐ Defendant Released, Conditions Remain/ Modified/Set
- ☐ Identity Established

**Preliminary Examination (Rule 5 or Rule 32.1)** ☐
- ☐ Probable Cause Found
- ☐ Identity Established
- ☐ Defendant Waives Identity Hearing
- ☐ Defendant Waives Preliminary Examination

**Detention Hearing** ☐
- ☐ Defendant Requests a Continuance
- ☐ Defendant Consents to Voluntary Detention
- ☐ Defendant Detained, Order to Issue
- ☐ Defendant Released on ___ with conditions
- ☐ Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing** ☐
- ☐ Defendant Ordered Detained
- ☐ Defendant Released

**Bail Revocation Hearing** ☐
- ☐ Bail Revoked, Defendant Ordered Detained
- ☐ Defendant Released, Conditions Remain/Modified
- ☐ Defendant Released on ___ with Conditions

**Miscellaneous Hearings** ☐
- ☐ Attorney Appointment Hearing
- ☐ Change of Plea (Rule 11) Hearing
- ☐ Material Witness Hearing
- ☐ Motion Hearing
- ☐ Initial Status Conference
- ☐ Interim Status Conference
- ☐ Final Status Conference
- ☐ Other ___

### CONTINUED PROCEEDINGS

Detention Hrg / Probable Cause Hearing/Conference set for 4/8/04 at 2:00

### REMARKS

Defts are read Charges + rights. Defts are sworn + attempted to be questioned by the Court. Questions as to real names arise. Defts are ordered to fill out financial affs. and a hrg for detention hearing scheduled by JGD Session. Defts returned to the custody of the Marshal.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)