# FINANCIAL AFFIDAVIT

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Rosario et al

| | |
|---|---|
| FOR | |
| AT | |

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Luis Castro Juan Rosario

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-1069
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Grocery Store
- IF YES, how much do you earn per month? $800
- IF NO, give month and year of last employment. How much did you earn per month? $___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: no
- SOURCES: 
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- VALUE: no
- DESCRIPTION:
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 5
- List persons you actually support and your relationship to them:
  - Stanley Rosario - father
  - Chastity Rosario
  - Johaury Rosario
  - John J Rosario
  - Valentina Javier - son

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: $900/mo rent, food, clothes, etc.

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Juan Rosario