AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA
V.
**Juan Rosario**

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: **04m-1069-JCB**

I, **Juan Rosario**, charged in a ☒ complaint ☐ petition pending in this District **Massachusetts** in violation of **21**, U.S.C., **841(a)(1); 846**,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

**4/16/04**
Date

*Juan Rosario*
Defendant

*[signature] Kelley*
Counsel for Defendant