UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160-WGY |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. JUAN ROSARIO, | ) | |
|     a/k/a "Carlos Castro;" | ) | - 21 U.S.C. § 846 |
| 2. JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|     a/k/a "Danny" | ) | And to Possess with Intent |
| 3. GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|     a/k/a "Jose;" | ) | |
| 4. LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|     a/k/a "Nene" | ) | Criminal Forfeiture |
| 5. RAMON VILLA, | ) | |
|     a/k/a "Lorenzo Velasquez") | | |
|     a/k/a "Ramon," | ) | |
|     a/k/a "Jose Andino;" | ) | |
| 6. ANSELMO DOMINGUEZ; | ) | |
| 7. CESAR MIRANDA, | ) | |
|     a/k/a "Tutu;" and | ) | |
| 8. PEDRO INFANTE, | ) | |
|     a/k/a "Alex;" | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT ONE:   (21 U.S.C. § 846 - Conspiracy to Distribute,
and to Possess with Intent to Distribute,
Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about November 2003 and continuing to on or about March 31, 2004, at Haverhill, Lawrence, Boston and elsewhere in the District of Massachusetts, in Nashua in the District of New Hampshire, and in New York City, in the Southern District of New York, and elsewhere,

      1.   JUAN ROSARIO,
           a/k/a "Carlos Castro;"
      2.   JAVIER TORRES-ESPINO,
           a/k/a "Danny;"
      3.   GEORGE MONTILLA,
           a/k/a "Jose;"
      4.   LUIS CASTRO,
           a/k/a "Nene"
      5.   RAMON VILLA,
           a/k/a "Lorenzo Velasquez,"
           a/k/a "Ramon,"
           a/k/a "Jose Andino;"
      6.   ANSELMO DOMINGUEZ;
      7.   CESAR MIRANDA,
           a/k/a "Tutu;" and
      8.   PEDRO INFANTE,
           a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

    All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

**FORFEITURE ALLEGATION**

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

    1. JUAN ROSARIO,
       a/k/a "Carlos Castro;"
    2. JAVIER TORRES-ESPINO,
       a/k/a "Danny;"
    3. GEORGE MONTILLA,
       a/k/a "Jose;"
    4. LUIS CASTRO,
       a/k/a "Nene"
    5. RAMON VILLA,
       a/k/a "Lorenzo Velasquez,"
       a/k/a "Ramon,"
       a/k/a "Jose Andino;"
    6. ANSELMO DOMINGUEZ;
    7. CESAR MIRANDA,
       a/k/a "Tutu;" and
    8. PEDRO INFANTE,
       a/k/a "Alex;"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. Such property includes, but is not limited to:

    (a) $7,150 in United States currency seized from GEORGE MONTILLA on March 12, 2004, in that such sum represents drug proceeds, and

    (b) $13,750 in United States currency seized from Jimenez Grocery at Lawrence, MA on March 30, 2004, in that such sum represents drug proceeds, and further represents monies the Defendants intended to use to purchase cocaine; and

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the Defendants --

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:


Returned into the District Court by the Grand Jurors and filed.

on 5/20/04 @ 3:10 PM

_____
Deputy Clerk