# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-CR-10160-WGY** |
| | ) | |
| **JUAN ROSARIO, et al.** | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME TO PROVIDE AUTOMATIC DISCOVERY

NOW COMES the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and respectfully requests an extension of the time to provide automatic discovery. As grounds for this motion, the government states that the original Assistant U.S. Attorney on this case is no longer with this Office. This case was re-assigned to Assistant U.S. Attorney Lie one week ago after the apparent deadline for automatic discovery passed on July 7th and has just received the full file on this case. From this file, it appears that no automatic discovery has yet been filed. Thus, the government respectfully requests 28 days from today for the new

attorney for the government to familiarize herself with the file

and organize it in order to properly provide automatic discovery.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Cynthia W. Lie
    CYNTHIA W. LIE
    Assistant U.S. Attorney
    United States Attorney's Office
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3183

July 15, 2004