UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUAN ROSARIO, | ) | |
| a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.  JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
| a/k/a "Danny" | ) | And to Possess with Intent |
| 3.  GEORGE MONTILLA, | ) | To Distribute, Cocaine |
| a/k/a "Jose;" | ) | |
| 4.  LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
| a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.  RAMON VILLA, | ) | |
| a/k/a "Lorenzo Velasquez) | | |
| a/k/a "Ramon," | ) | |
| a/k/a "Jose Andino; | ) | |
| 6.  ANSELMO DOMINGUEZ; | ) | |
| 7.  CESAR MIRANDA, | ) | |
| a/k/a "Tutu;" and | ) | |
| 8.  PEDRO INFANTE, | ) | |
| a/k/a "Alex;" | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:      (21 U.S.C. § 846 - Conspiracy to Distribute,
                and to Possess with Intent to Distribute,
                Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about November 2003 and continuing to on or about March 31, 2004, at Haverhill, Lawrence, Boston and elsewhere in the District of Massachusetts, in Nashua in the District of New Hampshire, and in New York City, in the Southern District of New York, and elsewhere,

1.   JUAN ROSARIO,
        a/k/a "Carlos Castro;"
2.   JAVIER TORRES-ESPINO,
        a/k/a "Danny;"
3.   GEORGE MONTILLA,
        a/k/a "Jose;"
4.   LUIS CASTRO,
        a/k/a "Nene"
5.   RAMON VILLA,
        a/k/a "Lorenzo Velasquez,"
        a/k/a "Ramon,"
        a/k/a "Jose Andino;"
6.   ANSELMO DOMINGUEZ;
7.   CESAR MIRANDA,
        a/k/a "Tutu;" and
8.   PEDRO INFANTE,
        a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.    As a result of the offense alleged in Count One of this Indictment,

1.    JUAN ROSARIO,
          a/k/a "Carlos Castro;"
2.    JAVIER TORRES-ESPINO,
          a/k/a "Danny;"
3.    GEORGE MONTILLA,
          a/k/a "Jose;"
4.    LUIS CASTRO,
          a/k/a "Nene"
5.    RAMON VILLA,
          a/k/a "Lorenzo Velasquez,"
          a/k/a "Ramon,"
          a/k/a "Jose Andino;"
6.    ANSELMO DOMINGUEZ;
7.    CESAR MIRANDA,
          a/k/a "Tutu;" and
8.    PEDRO INFANTE,
          a/k/a "Alex;"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.  Such property includes, but is not limited to:

(a)    $7,150 in United States currency seized from GEORGE MONTILLA on March 12, 2004, in that such sum represents drug proceeds, and

(b)    $13,750 in United States currency seized from Jimenez Grocery at Lawrence, MA on March 30, 2004, in that such sum represents drug proceeds, and further represents monies the Defendants intended to use to purchase cocaine; and

2.    If any of the properties described in paragraph 1,

above, as a result of any act or omission of the Defendants --

      (a)   cannot be located upon the exercise of due diligence;

      (b)   has been transferred or sold to, or deposited with, a third party;

      (c)   has been placed beyond the jurisdiction of the Court;

      (d)   has been substantially diminished in value; or

      (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section

853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.    The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.    The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.    The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.    The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.    The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.    The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II_____        **Investigating Agency**  DEA_____

**City**  Haverhill_____        **Related Case Information:**

**County**  Essex_____        Superseding Ind./ Inf.   X_____        Case No.   04-CR-10160-WGY
                                   Same Defendant   X_____        New Defendant
                                   Magistrate Judge Case Number   04-M-1069-JGD_____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ramon Villa_____        Juvenile:        ☐ Yes    X No

Alias Name        "Lorenzo Velasquez," "Jose Andino," "Ramon"_____

Address        187-189 Sanborn Street, Lawrence, MA_____

Birthdate: _____ SS # _____ Sex:  M____ Race:  Hispanic_____ Nationality: _____

**Defense Counsel if known:**        Paul Markham_____        Address  P.O. Box 1101_____

Bar Number        _____        Melrose, MA  02176_____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie_____        Bar Number if applicable   _____

**Interpreter:**        X Yes    ☐ No        List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        ☐ Yes   X   No

        ☐  Warrant Requested        ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date        03/30/04_____

X  Already in Federal Custody as of        03/30/04_____   in   Boston, MA_____ .
☐  Already in State Custody at _____        ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____        on _____

**Charging Document:**        ☐ Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty_____        ☐ Misdemeanor_____        X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   9/23/04_____        Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill  **Category No.** II  **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X   Case No. 04-CR-10160-WGY
Same Defendant X   New Defendant _____
Magistrate Judge Case Number 04-M-1069-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Javier Espino-Torres   Juvenile: ☐ Yes  X No

Alias Name  Danny Parades

Address _____

Birthdate: _____ SS # _____ Sex: M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:** _____  Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie   Bar Number if applicable _____

**Interpreter:** X Yes ☐ No   List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date  03/31/04

X Already in Federal Custody as of  03/31/04  in  Southern District of New York .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information X Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

X **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/23/04   Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Javier Espino-Torres, a/k/a "Danny Parades" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill      **Category No.**  II _____     **Investigating Agency**  DEA _____

**City**  Haverhill _____           **Related Case Information:**

**County**  Essex _____            Superseding Ind./ Inf.  X _____     Case No.  04-CR-10160-WGY
                                          Same Defendant  X _____          New Defendant _____
                                          Magistrate Judge Case Number  04-M-1069-JGD _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  George Montilla _____          Juvenile:  ☐ Yes    X No

Alias Name  Jose _____

Address  22 Hilltop Street, Lawrence, MA _____

Birthdate: _____ SS # _____ Sex:  M ___ Race:  Hispanic _____ Nationality: _____

**Defense Counsel if known:**  Ronald Segal, Esq. _____     Address  23 Central Avenue, Suite 605 _____

Bar Number _____                                           Lynn, MA 01901 _____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie _____          Bar Number if applicable _____

**Interpreter:**  X Yes  ☐ No       List language and/or dialect:       Spanish _____

**Matter to be SEALED:**  ☐ Yes  X No

☐ Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date  03/30/04 _____

X Already in Federal Custody as of        03/30/04 _____ in  Boston, MA _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  9/23/04 _____     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   George Montilla, a/k/a "Jose" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill      **Category No.**   II_____      **Investigating Agency**   DEA_____

**City**   Haverhill_____      **Related Case Information:**

**County**   Essex_____      Superseding Ind./ Inf.   X_____      Case No.   04-CR-10160-WGY
                                     Same Defendant   X_____      New Defendant _____
                                     Magistrate Judge Case Number     04-M-1069-JGD_____
                                     Search Warrant Case Number   _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Luis Castro_____      Juvenile:      ☐ Yes      X No

Alias Name      Nene_____

Address      1 Clocktower Place, Apt. 114, Nashua, NH_____

Birthdate: _____ SS # _____ Sex: _M__   Race: _Hispanic_____   Nationality: _____

**Defense Counsel if known:**      Stephen D. Judge, Esq._____      Address   23 Central Avenue., #605_____

Bar Number      _____                      Lynn, MA 01901_____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie_____      Bar Number if applicable   _____

**Interpreter:**      X Yes      ☐ No      List language and/or dialect:      Spanish_____

**Matter to be SEALED:**      ☐ Yes   X   No

       ☐ Warrant Requested            X Regular Process            ☐ In Custody

**Location Status:**

Arrest Date      _____

☐ Already in Federal Custody as of      _____ in   _____.
☐ Already in State Custody at   _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   JGD_____   on   05/18/04_____

**Charging Document:**      ☐ Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.**

Date:   9/24/04_____      Signature of AUSA:   _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Castro, a/k/a "Nene" _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill     **Category No.**   II       **Investigating Agency**    DEA

**City**   Haverhill        **Related Case Information:**

**County**   Essex             Superseding Ind./ Inf.   X         Case No.    04-CR-10160-WGY
                                    Same Defendant      X             New Defendant
                                      Magistrate Judge Case Number    04-M-1069-JGD
                                      Search Warrant Case Number
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Anselmo Dominguez            Juvenile:      ☐ Yes     X No

Alias Name

Address      82 Temple Street, Haverhill, MA

Birthdate:       SS #         Sex:   M     Race:   Hispanic      Nationality:

**Defense Counsel if known:**     John C. McBride, Esq.       Address   240 Commercial Street

Bar Number                                  Boston, MA 02109

**U.S. Attorney Information:**

AUSA    Cynthia W. Lie            Bar Number if applicable

**Interpreter:**     X Yes    ☐ No      List language and/or dialect:      Spanish

**Matter to be SEALED:**     ☐ Yes   X   No

      ☐ Warrant Requested        X Regular Process        ☐ In Custody

**Location Status:**

Arrest Date      03/30/04

☐ Already in Federal Custody as of                  in

☐ Already in State Custody at                 ☐ Serving Sentence      ☐ Awaiting Trial

X   On Pretrial Release:    Ordered by:    JGD          on   04/15/04

**Charging Document:**     ☐ Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty       ☐ Misdemeanor      X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/24/04       Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Anselmo Dominguez _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Place of Offense:**  Haverhill     **Category No.**  II_____     **Investigating Agency**  DEA_____

**City**  Haverhill_____     **Related Case Information:**

**County**  Essex_____     Superseding Ind./ Inf.  X_____     Case No.  04-CR-10160-WGY
                              Same Defendant  X_____     New Defendant _____
                              Magistrate Judge Case Number  04-M-1069-JGD_____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Pedro Infante_____     Juvenile:  ☐ Yes   X No

Alias Name  Alex_____

Address  62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____  SS # _____  Sex:  M____  Race:  Hispanic_____  Nationality: _____

**Defense Counsel if known:**  _____     Address _____

Bar Number  _____                      _____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie_____     Bar Number if applicable  _____

**Interpreter:**  X Yes   ☐ No     List language and/or dialect:  Spanish_____

**Matter to be SEALED:**  ☐ Yes  ☐  No

    ☐  Warrant Requested       ☐  Regular Process       ☐  In Custody

**Location Status:**

Arrest Date  Fugitive

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint     ☐ Information     X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: 9/24/04    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 of Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Pedro Infante, a/k/a "Alex"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 Infante.wpd - 2/7/02

**%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**  Haverhill_____    **Related Case Information:**

**County**  Essex_____    Superseding Ind./ Inf.  X_____    Case No.  04-CR-10160-WGY
                          Same Defendant  X_____    New Defendant_____
                          Magistrate Judge Case Number  04-M-1069-JGD_____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Cesar Miranda_____    Juvenile:    ☐ Yes    X  No

Alias Name  Tuto_____

Address _____

Birthdate: _____  SS # _____  Sex:  M__  Race:  Hispanic__  Nationality: _____

**Defense Counsel if known:**    Lenore Glaser, Esq._____    Address  25 Kingston Street, 6th Floor_____

Bar Number _____                    Boston, MA  02111_____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie_____    Bar Number if applicable _____

**Interpreter:**    X  Yes    ☐ No    List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    ☐ Yes    X    No

        ☐  Warrant Requested    ☐  Regular Process    X  In Custody

**Location Status:**

Arrest Date    03/31/04_____

X  Already in Federal Custody as of    03/31/04_____  in  Boston, MA_____  .
☐  Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X  Felony  2__

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar Miranda, a/k/a "Tuto" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Haverhill   **Category No.** II   **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./Inf. X   Case No. 04-CR-10160-WGY
Same Defendant X   New Defendant
Magistrate Judge Case Number 04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Juan Rosario   Juvenile: ☐ Yes  X No

Alias Name Carlos Castro

Address 81 Blaisdell Street #1, Haverhill, MA

Birthdate: 1965   SS # 7818   Sex: M   Race: Hispanic   Nationality:

**Defense Counsel if known:** Page Kelley, Esq.   Address 408 Atlantic Avenue

Bar Number   Boston, MA 02210

**U.S. Attorney Information:**

AUSA Cynthia W. Lie   Bar Number if applicable

**Interpreter:** X Yes  ☐ No   List language and/or dialect: Spanish

**Matter to be SEALED:**  ☐ Yes  X No

  ☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date 03/30/04

X Already in Federal Custody as of 03/30/04  in Boston, MA
☐ Already in State Custody at   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:   on

**Charging Document:**  ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

X   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/24/04   Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____