UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:04-10160-WGY

**UNITED STATES**
**Plaintiff**

v.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO FOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**
**Defendant**

NOTICE OF SCHEDULING CONFERENCE

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for SCHEDULING CONFERENCE at 2:00 P.M. , on THUR. DEC. 2 , 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**November 8, 2004**

**To: All Counsel**