UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                           **Criminal Action**
                                                                           **No:04-10160-WGY**

**UNITED STATES**
**Plaintiff**

v.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO DOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**

**Defendant**

NOTICE  OF  RESCHEDULING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been RESET for INITIAL SCHEDULING CONFERENCE   at 2:00 P.M. , on THUR. DEC. 9 , 2004, in Courtroom No. 18, 5TH floor.

                                                                  **By the Court,**

                                                                  **/s/ Elizabeth Smith**

                                                                  _____

                                                                  **Deputy Clerk**

**November 23, 2004**

**To: All Counsel**