## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Criminal Action
No: **04-10160-WGY**

**UNITED STATES**
**Plaintiff**

v.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO DOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**
**Defendant**

### SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 12/21/04

Any substantive motions are to be filed by    3/11/05    . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    3/25/05    See LR 116.3(l).

A Final Pretrial Conference will be held on    5/2/05 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/2/05

A tentative trial date has been set for    6/6/05

The time between 12/21/05    and    6/6/05    is excluded in the interest of justice.

By the Court,

_____

**Deputy Clerk**

**December 22, 2004To: All Counsel**