AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States, Plaintiff

v.

Juan Rosario, Defendant

**APPEARANCE**

Case Number:   04-10160-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States, plaintiff.

I certify that I am admitted to practice in this court.

May 2, 2005
Date

Signature

Jennifer H. Zacks
Print Name                                                        Bar Number

One Courthouse Way, Ste 9200
Address

Boston                         MA         02210
City                                 State              Zip Code

617-748-3100              617-748-3967
Phone Number                                             Fax Number