```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
        v.                   )  Criminal No. 04-CR-10160-WGY
                             )
JUAN ROSARIO, et al.         )
                             )
                             )
                             )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                    By:   */s/ William Connolly*
                         WILLIAM CONNOLLY
                         Assistant U.S. Attorney
                         (617) 748-3174


Dated: July 22, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

                                          WILLIAM CONNOLLY
                                          Assistant U.S. Attorney