```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-CR-10160-WGY |
| | ) | |
| JUAN ROSARIO, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter. Undersigned counsel notes that she is being transferred to another unit within the United States Attorney's Office.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                       By:   /s/ *Cynthia W. Lie*
                              CYNTHIA W. LIE
                              Assistant U.S. Attorney
                              (617) 748-3183

Dated: July 22, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

                                                    CYNTHIA W. LIE  
                                                  Assistant U.S. Attorney