UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 10160 WGY |
| | ) | |
| JUAN ROSARIO | ) | |
| | ) | |

## MOTION TO FILE UNDER SEAL

Now comes the defendant, Juan Rosario, and requests that the attached motion be filed under seal.

JUAN ROSARIO
By his attorney,

*Page Kelley/ec*
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Elizabeth L. Prevett, hereby certify that a true copy of the above document was served upon Assistant United States Attorney William Connolly by hand delivery on August 17, 2005.

*Elizabeth L. Prevett*
Elizabeth L. Prevett