UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ROSARIO, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Juan Rosario notified the government of defendants' intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that defendants be awarded a three-point reduction for acceptance of responsibility.

Dated: February 23, 2006

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              By: */s/ Cynthia W. Lie*

                                              CYNTHIA W. LIE
                                              WILLIAM CONNOLLY
                                              Assistant U.S. Attorneys